UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-61378-CIV-DIMITROULEAS

FRANK MANFRED, II,

    Plaintiff,

vs.

PENTAGROUP FINANCIAL, LLC,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE is before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice [DE 15], filed herein on July 27, 2011.  The Court has carefully considered the Stipulation, noting the signature of counsel for both parties, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Joint Stipulation for Dismissal with Prejudice [DE 15] is hereby **APPROVED**;

2. Plaintiff's claims under the Fair Debt Collection Practices Act are hereby **DISMISSED with prejudice**, with the Court to reserve jurisdiction regarding Plaintiff's reasonable attorney fees and costs regarding the Fair Debt Collection Practices Act. If the parties are unable to resolve the matter of attorney fees and costs by agreement, Plaintiff shall file a motion in accordance with the Local Rules;

3. The Court declines to exercise jurisdiction over Plaintiff's claims under the Florida Consumer Collection Practices Act and the Telephone Consumer Protection Act and accordingly, those two claims are hereby **DISMISSED without prejudice**;

4. The Clerk shall **CLOSE** this case and **DENY** all pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 28th day of July, 2011.

*William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record